

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2022

No. 04-22-00373-CR

Hector **RIVERA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000096D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

On July 7, 2022, court reporter Vicente Mendoza filed a notice of late record stating the appellant is not entitled to a reporter's record on appeal without paying the fee and appellant failed to pay the fee. On June 1, 2022, the trial court appointed counsel for appellant because appellant filed an affidavit of indigence demonstrating appellant's indigence. Accordingly, it is **ordered** that the reporter's record must be filed in this Court no later than **August 17, 2022** at no cost to appellant.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court